No. 02–11156. HALL v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–11157. HUTCHINSON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 02–11158. HARMS v. INTERNAL REVENUE SERVICE. C. A. 10th Cir. Certiorari denied.

No. 02–11160. GONZALEZ-GARIBAY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–11161. HIDALGO v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–11162. GOETH v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–11163. FOY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11164. LOCKHART v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–11165. LACKING v. MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 02–11166. LEE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–11167. PIERS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11168. SMITH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–11170. EARLE v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–11171. ERDHEIM v. YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.